**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LISA GUARIGLIA, MICHELINE BYRNE and MICHELE EMANUELE, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs<br><br>        v.<br><br>THE PROCTER & GAMBLE COMPANY, and THE PROCTER & GAMBLE DISTRIBUTING LLC,<br><br>        Defendants. | Case No. 2:15-cv-04307-JMA-SIL<br><br>**ORAL ARGUMENT REQUESTED**<br><br><u>**NOTICE OF MOTION**</u><br><br>Date of Service: November 3, 2016 |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants The Procter & Gamble Company and The Procter & Gamble Distributing LLC's Motion to Dismiss, the undersigned Defendants will move this Court before the Honorable Joan M. Azrack on a date and time to be designated by the Court, in the United States Courthouse, to dismiss with prejudice the Amended Complaint for failure to state a claim upon which relief can be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and/or to strike the class allegations, pursuant to Rules 12(f) and 23(c)(1) of the Federal Rules of Civil Procedure.

Dated:  San Francisco, California
        November 3, 2016

Respectfully submitted,

**ARNOLD & PORTER LLP**

*/s/ Trenton H. Norris*
Trenton H. Norris (admitted *pro hac vice)*
Stephanie I. Fine (admitted *pro hac vice*)
**ARNOLD & PORTER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111

Telephone: (415) 471-3100
Facsimile:  (415) 415-3400
trent.norris@aporter.com
stephanie.fine@aporter.com

Susan L. Shin
**ARNOLD & PORTER LLP**
399 Park Avenue
New York, NY  10022-4690
Telephone: (212) 715-1000
Facsimile:  (212) 715-1399
susan.shin@aporter.com

*Attorneys for Defendants THE PROCTER & GAMBLE COMPANY and THE PROCTER & GAMBLE DISTRIBUTING LLC*