# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA GUARIGLIA, MICHELINE BYRNE and MICHELE EMANUELE, individually and on behalf of all others similarly situated, | ) ) Case No.: 2:15-cv-04307(ADS)(SIL) ) |
| Plaintiffs, | ) **JOINT STIPULATION OF DISMISSAL** ) ) |
| v. | ) ) |
| THE PROCTER & GAMBLE COMPANY, and THE PROCTER & GAMBLE DISTRIBUTING LLC, | ) ) ) |
| Defendants. | ) ) Defendants. ) ) |

The parties to this action, acting through counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the action. The dismissal shall be with prejudice to the claims of the individual Plaintiffs, and without prejudice to the claims of the putative class members, with each party to bear their own attorney's fees and costs.

STULL, STULL & BRODY

By: */s/ Mark Levine*
Mark Levine
Melissa Emert
6 East 45th Street-5th floor
New York, New York 10017
Telephone: 212-687-7230
Facsimile: 212-490-2022
mlevine@ssbny.com
memert@ssbny.com

*Attorneys for Plaintiffs*

ARNOLD & PORTER KAYE SCHOLER LLP

By: *Trenton H. Norris*
Trenton H. Norris
George Langendorf
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Facsimile: (415) 415-3400
Trent.Norris@arnoldporter.com
George.Langendorf@arnoldporter.com

*Attorneys for Defendants*

JOINT STIPULATION OF DISMISSAL